United States District Court
Southern District of Texas

**ENTERED**

June 28, 2024

Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| **ALLEN COHRS / ALLEN COHRS FARMS,** | § § § | |
| **Plaintiff,** | § § | |
| **VS.** | § § | **Civil Case No. 7:23-CV-00218** |
| **AGRILOGIC INSURANCE SERVICES, LLC,** | § § § | |
| **Defendant.** | § § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the May 8, 2024 Memorandum and Recommendation ("M&R") prepared by Magistrate Judge Peter Bray. (Dkt. No. 28). Judge Bray made findings and conclusions and recommended that Defendant's Motion to Dismiss, (Dkt. No. 7), be denied as moot and Defendant's Amended Motion to Dismiss, (Dkt. No. 21), be granted. Judge Bray denied Plaintiff's Motion to Abate. (Dkt. No. 24).

The Parties were provided proper notice and the opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). On May 22, 2024, Plaintiff filed two objections to Judge Bray's M&R. (Dkt. No. 29). First, Plaintiff objects to Judge Bray's conclusion that equitable tolling is unavailable to Cohrs. *Id.* at 4–7. Second, Plaintiff objects to Judge Bray's conclusion that Defendant is not estopped from asserting the Federal Arbitration Act's time limit. *Id.* at 7–9. Plaintiff did not object to Judge Bray's denial of Plaintiff's Motion to Abate. (Dkt. No. 24).

In accordance with 28 U.S.C. § 636(b)(1)(C), the Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* Fed. R. Civ. P. 72(b)(3).

The Court has carefully considered de novo those portions of the M&R to which objection was made and reviewed proposed findings, conclusions, and recommendations for plain error. Finding no error, the Court accepts the M&R and adopts it as the opinion of the Court.

It is therefore ordered that: Judge Bray's M&R (Dkt. No. 28) is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court; and

(1)     Defendant's Motion to Dismiss, (Dkt. No. 7), is **DENIED**;

(2)     Defendant's Amended Motion to Dismiss, (Dkt. No. 21), is **GRANTED**; and

(3)     Plaintiff's Motion to Abate, (Dkt. No. 24), is **DENIED**.

On May 31, 2024, Plaintiff filed a motion to supplement the record. (Dkt. No. 30). On June 19, 2024, Defendant filed a response to Plaintiff's motion to supplement the record. (Dkt. No. 31). Because supplementation of the record would not change the result, Plaintiff's motion to supplement is **DENIED**.

It is SO ORDERED.

Signed on June 28, 2024.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**